676

■ In the Matter of the Accounting of ADRIAN R. ALLEN, JR., et al., as Executors of ADRIAN R. ALLAN, Deceased. In the Matter of the Estate of ADRIAN R. ALLAN, Deceased. IRVING TRUST COMPANY, as Executor of HELEN H. ALLAN, Deceased, Respondent-Appellant; ADRIAN R. ALLAN, JR. et al., as Executors of ADRIAN R. ALLAN, Deceased, Appellants-Respondents; VIRGINIA A. CARTER et al., Respondents.— Motion for leave to reargue appeal or for alternative relief denied, with $10 costs. Concur — Breitel, J. P., Frank, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. PAUL MALESCHUSKY.— Motion for leave to appeal to the Court of Appeals dismissed. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ EMIL SCHWEITZER v. FORBES FIREPROOFING CORP.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ CAPRICE IMPORTS, INC., v. SOC. ACC. SEMPLICE CALZATURIFICIO VIBELSPORT DI VIBELLI & C., et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ JULIAN A. MARTIN v. HERBERT J. FREEZER.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

## (May 14, 1958)

■ JESSIE SHAPIRO v. IRVIN SHAPIRO.— Motion granted to the extent of staying payment of counsel fees as provided in the order to show cause, dated May 2, 1958; staying the payment of temporary alimony on condition that defendant continues to make provision for the wife as heretofore; and the stay is further conditioned on appellant procuring the record on appeal and appellant's points to be filed on or before May 15, 1958, with notice of argument for May 27, 1958. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

## (May 16, 1958)

(Republished.)

■ JESSIE SHAPIRO v. IRVIN SHAPIRO.— The decision filed herein on May 14, 1958 is recalled and the order entered thereon is vacated and the motion for a stay is disposed of as follows: Motion is granted to the extent of staying payment of counsel fees as provided in the order to show cause dated May 2, 1958, and also staying the payment of past-due temporary alimony for the months of March and April, 1958, upon condition that the appeal is noticed for argument for May 27, 1958, and otherwise denied. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ. [See ante, p. 676.]

■ LILLIAN SCHWARTZ v. ISADOR LUBIN, as Industrial Commissioner of the State of New York.— Motion granted only insofar as to permit the two appeals to be printed in one appeal book, without duplication of printing, and to permit the appellant and respondent to serve and file one brief covering both appeals, and insofar as to stay the respondent from taking any further proceedings in the action and from enforcing the temporary injunction pending the hearing and determination of said appeals, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 29, 1958, with notice of argument for June 10, 1958, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.